UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BENNY ODEM, JR., <br> Institutional ID No. 01703386 <br><br> Plaintiff, <br><br> v. <br><br> PAIGE RUTLEDGE, *et al.*, <br><br> Defendants. | No. 1:20-CV-00041-H |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's motion for a temporary restraining order and a preliminary injunction. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's motion for a temporary restraining order and a preliminary injunction (Dkt. No. 21) is denied.

This case is transferred back to the docket of the Honorable John R. Parker to continue the judicial screening process under 28 U.S.C. §§ 1915(e)(2) and 1915A. The Magistrate Judge shall order the transfer of this case back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636(b)(1) within 270 days from the date of this order.

So ordered.

Dated August 31, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge